April 11, 2008

Mr. J. Wade Birdwell
Wallach, Andrews & Stouffer, P.C.
550 Bailey Avenue, Suite 500
Fort Worth, TX 76107
Mr. Robert L. Chaiken
Chaiken & Chaiken, P.C.
13355 Noel Road Suite 600
One Galleria Tower
Dallas, TX 75240

RE: Case Number: 07-0173
 Court of Appeals Number: 02-06-00315-CV
 Trial Court Number: 236-216713-06

Style: ROBERTO DIAZ-ROHENA, M.D.
 v.
 CYNTHIA S. MELTON

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Lynn Cullen |
| |Moore |
| |Mr. Thomas A. |
| |Wilder |
| |Ms. Stephanie |
| |Robinson |